Willie FIKE

v.

COMMONWEALTH of Kentucky.

Court of Appeals of Kentucky.

May 24, 1957.

Earl F. Ashcraft, Ezart F. Ashcraft, Irvine, for appellant.

Jo M. Ferguson, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

This is a motion for appeal from a judgment of the Estill County Circuit Court, Hon. S. H. Rice, Judge.

Appellant, Willie Fike, was convicted on the charge of possessing intoxicating liquor for the purpose of sale in dry local option territory and was fined $100 and sentenced to 30 days' confinement in jail

We have concluded that the search warrant and supporting affidavit were sufficient and that the court committed no error prejudicial to the substantial rights of appellant during the trial of this case.

The motion for appeal is overruled and the judgment is affirmed.

Roy C. LYNN, Appellant,

v.

A. C. ALLEN et al., Appellees.

Court of Appeals of Kentucky.

May 24, 1957.

Shumate & Shumate, Irvine, for appellant.

John W. Walker, Irvine, Robert H. Measle, Lexington, for appellees.

PER CURIAM.

This appeal is prosecuted on motion for an appeal under KRS 21.080. The case involves automobile damage claims of the respective parties arising out of a collision when appellant's automobile, operated by his wife, proceeded onto Kentucky 52 from an intersecting highway. The jury denied recovery on appellees' counterclaim, and the court directed a verdict for the appellees on the appellant's (plaintiff's) claim against them.

We have examined the record, discussed the case, and find no error prejudicial to appellant's substantial rights.

The motion for an appeal is overruled and the judgment is affirmed.